**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID RAMIREZ and MARION LEMONS, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, THRIFTY PAYLESS, INC., and DOES 1-10, inclusive.<br><br>  Defendants. | Case No. CV 20-3531-GW-SKx (Consolidated with Case No. CV 20-7617-GW-SKx)<br><br>**ORDER GRANTING THE JOINT STIPULATION REGARDING SETTLEMENT** |

## **ORDER**

Having reviewed the Parties' Joint Stipulation Regarding Settlement, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The deadline to dismiss and the corresponding OSC re settlement hearing set for August 9, 2021 be vacated; and

2. Plaintiffs shall file their motion for preliminary approval of the settlement on or before September 9, 2021.

DATED: August 5, 2021

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE