# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAMIREZ and MARION LEMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, THRIFTY PAYLESS, INC., and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 2:20-cv-03531-GW-SKx (Consolidated with Case No. 2:20-cv-07617-GW-SKx)<br><br>**ORDER EXTENDING PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND PAGA REPRESENTATIVE ACTION SETTLEMENT**<br><br>Date Action Filed: April 16, 2020 |

---

[PROPOSED] ORDER EXTENDING PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA REPRESENTATIVE ACTION SETTLEMENT
*David Ramirez, et al. v. Rite Aid Corporation, et al.*

Upon review of the Parties' Joint Stipulation Extending Page Limit for Plaintiffs' Motion for Preliminary Approval of Class and PAGA Representative Action Settlement, and good cause appearing therefor, the Court hereby grants the Parties' request and extends the page limit for Plaintiffs' memorandum in support of her Motion for Preliminary Approval to 30 pages.

**IT IS SO ORDERED.**

Dated: September 7, 2021

_____
HON. GEORGE H. WU
United States District Judge,