UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3531-GW-SKx | Date | May 5, 2022 |
|---|---|---|---|
| Title | *David Ramirez, et al. v. Rite Aid Corp., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ori Edelstein<br>Hallie Von Rock<br>Kristabel Sandoval | Sarah R. Mohammadi |

**PROCEEDINGS:** TELEPHONIC HEARING ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA REPRESENTATIVE ACTION SETTLEMENT [64]; and PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS [65]

The Court's Tentative Ruling was issued on May 3, 2022 [70]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiffs' Motions are granted. The final approval order and judgment are to be filed by May 12, 2022.

: 07

Initials of Preparer   JG