# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAMIREZ and MARION LEMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, THRIFTY PAYLESS, INC., and DOES 1-10, inclusive.<br><br>Defendants. | Case No. CV 20-3531-GW-SKx (Consolidated with Case No. CV 20-7617-GW-SKx)<br><br>**FINAL JUDGMENT**<br><br>Date: May 5, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu<br><br>Date Action Filed: April 16, 2020 |

[PROPOSED] FINAL JUDGMENT
*David Ramirez, et al. v. Rite Aid Corporation, et al.*

IT IS HEREBY ADJUDGED AND DECREED THAT:

1. Subject to the Court's order granting final approval of Class Action and PAGA Representative Settlement, the Court hereby dismisses with prejudice the Action.

2. Without affecting the finality of this Judgment, the Court reserves jurisdiction over the implementation, administration and enforcement of this Judgment and the Settlement, and all matters ancillary thereto.

3. The Court finding that no reason exists for delay in ordering final judgment pursuant to Federal Rule of Civil Procedure 54(b), the clerk is hereby directed to enter this Judgment forthwith.

**LET JUDGMENT BE ENTERED.**

Dated: June 28, 2022

_____
HON. GEORGE H. WU,
United States District Judge

Submitted by:

Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Kristabel Sandoval (SBN 323714)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@Schneiderwallace.com
oedelstein@Schneiderwallace.com
ksandoval@schneiderwallace.com

Randall B. Aiman-Smith (SBN 124599)
Reed W.L. Marcy (SBN 191531)
Hallie Von Rock (SBN 233152)
AIMAN-SMITH & MARCY PC
7677 Oakport St. Suite 1150
Oakland, CA 94621
Tel: (510) 817-2711
Fax: (510) 562-6830
ras@asmlawyers.com
rwlm@asmlawyers.com
hvr@asmlawyers.com

*Attorneys for Plaintiffs and on behalf of others similarly situated*

2
[PROPOSED] FINAL JUDGMENT
*Ramirez, et al. v. Rite Aid Corporation, et al.*